IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| MYSTERY RANCH, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> RONDAYVU MANUFACTURING CORP. And DALISAY "DAISY" SLOWIK, <br><br> Defendants. | CV-18-22-BU-BMM <br><br> **ORDER** |

Plaintiff filed its Complaint on March 19, 2018, Doc. 1. To date, the record reflects that no summonses have been issued and served on the Defendants by the Plaintiff. Accordingly,

**IT IS ORDERED** that counsel for Plaintiff shall appear in writing by **July 18, 2018**, and show cause, if any, why this case should not be dismissed without prejudice for failure to prosecute.

DATED this 18th day of June, 2018.

_____
Brian Morris
United States District Court Judge

-1-